UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 21-4590 PVC                                             Date:  March 30, 2023

Title      David Paul Tindell, et al. v. Robert Engen, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  none  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**PROCEEDINGS:**   **[IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON ZURICH AMERICAN INSURANCE COMPANY FOR ITS FAILURE TO APPEAR AT THE MARCH 30, 2023 HEARING ON ITS MOTION FOR ORDER GRANTING LEAVE TO FILE A WORKERS' COMPENSATION SUBROGATION COMPLAINT IN INTERVENTION**

On February 24, 2023, proposed intervenor Zurich American Insurance Company ("Zurich American") filed a Motion for Order Granting Leave to File a Workers' Compensation Subrogation Complaint in Intervention. ("Motion," Dkt. No. 54).  On March 1, 2023, the Court issued a briefing schedule on the Motion and set a hearing date for March 30, 2023 at 11:00 a.m., to be held in person at the Roybal Federal Building and United States Courthouse in downtown Los Angeles. ("Order," Dkt. No. 55).  The Order expressly provided: "Counsel for all parties, including proposed Plaintiff in Intervention Zurich American Insurance Company, are ordered to appear." (*Id.* at 2).  The Court's docket reflects that the Order was electronically served via CM/ECF on Zurich American's counsel, Kenneth Wayne Scott, at his address of record, kscott@mulfil.com.

On March 15, 2023, Plaintiffs filed an Opposition to the Motion. ("Opp.," Dkt.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.   CV 21-4590 PVC | Date:  March 30, 2023 |
| Title   David Paul Tindell, et al. v. Robert Engen, et al. | |

No. 56).  Zurich American did not file an optional Reply, even though it was afforded an opportunity to do so by the Court's briefing schedule.

On March 30, 2023, counsel for Plaintiffs and counsel for Defendants appeared for the hearing on Zurich American's Motion to Intervene.  Counsel for Zurich American, whose Motion was to be heard, did not.  Zurich American did not communicate with the Court in any fashion after the March 1, 2023 Order issued requiring its counsel to appear at the hearing.  Because the Motion could not be heard and Zurich American gave no notice of its intention not to appear or its intention to withdraw the Motion, if indeed that is why counsel failed to appear, counsel for Plaintiffs and counsel for Defendants incurred needless expenses traveling to and from Los Angeles, and the Court unnecessarily devoted resources to prepare for the hearing.

Accordingly, Zurich American Insurance Company is hereby ORDERED TO SHOW CAUSE ("OSC") in writing by **April 20, 2023** why it should not be sanctioned for counsel's failure to appear at the March 30, 2023 hearing as required by the Court's March 1, 2023 Order.  If Zurich American fails to clearly and specifically set forth good cause for its counsel's failure to appear, this Court will order further briefing to determine appropriate sanctions upon Zurich American, including payment of the reasonable costs and attorneys' fees of Plaintiffs' counsel and Defendants' counsel, who did appear at the March 30, 2023 hearing.  Zurich American's response should also clearly state whether the company still wishes to intervene.  If Zurich American no longer seeks to intervene, it must file a separate notice of withdrawal of the Motion no later than the date of its response to the OSC.

IT IS SO ORDERED.

| | 00:00 |
|---|---|
| **Initials of Preparer** | mr |